1  McGREGOR W. SCOTT
   United States Attorney
2  SAMANTHA S. SPANGLER
   Assistant U.S. Attorney
3  555 Capitol Mall, Suite 1550
   Sacramento, California 95814
4  Telephone: (916) 554-2792

FILED

MAY 30 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )   Case No. 06-SW-0078 DAD
                                 )             06-SW-0081 DAD
            Plaintiff,           )
                                 )
      v.                         )   ORDER UNSEALING DOCUMENTS
                                 )
SUSAN MICHELLE PRUETT, and       )
KENNETH RICHARD PRUETT,          )
                                 )
            Defendants.          )
_____)

   Good cause appearing therefor, it is hereby ordered that the April 6 and 7, 2006, search warrants, affidavits in support, and all related documents in Case Nos. 06-SW-0078 DAD and 06-SW-0081 DAD shall be unsealed.

DATED: May 30, 2006

_____
DALE A. DROZD
United States Magistrate Judge